268 S.W.3d 484 (2008)
Gregory Eugene SCHAFER, Appellant,
v.
Carol Lee SCHAFER, Respondent.
No. WD 68769.
Missouri Court of Appeals, Western District.
November 12, 2008.
Craig D. Ritchie, St. Joseph, MO, for appellant.
Hugh D. Kranitz, St. Joseph, MO, for respondent.
Before RONALD R. HOLLIGER, P.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

ORDER
PER CURIAM.
Gregory Schafer appeals the circuit court's judgment dissolving his marriage to Carol Schafer. We affirm. Rule 84.16(b).